THE PEOPLE OF THE STATE OF NEW YORK ex rel. MERGENTHALER LINOTYPE COMPANY, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [23 Ryerson Street, Borough of Brooklyn.] — Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante*, p. 860.]

325 CHURCH AVENUE CORPORATION, Respondent, v. NILOW REALTY CORPORATION, Tenant,. and MICHAEL'S FAIR-MART FOOD STORES, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

MURRAY WACHS, Respondent, v. ISIDORE GOODMAN et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

VIOLA M. YOUNG, Respondent, v. KATHERINE GOODMAN, Defendant, and RACILLE POLLACK, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

LOUIS APPELBAUM, Appellant, v. FRIEDA APPELBAUM, Respondent.— In an action for divorce, order awarding alimony *pendente lite* and counsel fees modified on the facts by reducing the amount awarded as counsel fee from $1,500 to $1,000. As thus modified, the order is affirmed, without costs. The reduced counsel fee shall be paid as follows: $500 within five days from the entry of the order hereon, and the remainder when the case is reached for trial. On this record the allowance for counsel fee was excessive. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur. [See *post*, p. 936.]

LOUIS APPELBAUM, Appellant, v. FRIEDA APPELBAUM, Respondent.— Order modified on the facts by reducing from $500 to $250 the amount awarded to defendant for counsel fee and disbursements on the appeal from the order granting defendant temporary alimony and counsel fee. As thus modified, the order is affirmed, without costs. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.

ROSE COLE, Respondent-Appellant, v. MARY JAEGER, Appellant-Respondent.— Cross appeals from a judgment decreeing plaintiff to be the owner of two mortgages held in the name of defendant, her daughter; dismissing causes of action for an adjudication that houses held in the name of defendant belong to plaintiff, and dismissing a counterclaim wherein defendant sought a money judgment as to sums withdrawn by plaintiff from savings bank accounts jointly in the names of the parties. Judgment, insofar as appealed from, unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *post*, p. 1008.]